| OFFICE USE ONLY | | ONCE NOTARIZED, THIS FORM MAY NOT BE ALTERED |
|---|---|---|
| D _____ G _____ |  | |
| TOTAL $ _____ | | |

# CRITICAL INTERVENTION SERVICES
## *Letter of Training and Payment Agreement*

I, __Michael W Kenny__, understand and agree that I will be required to undergo certain training, in order to obtain licensure, as a condition of my employment in the position for which I have been hired by Critical Intervention Services (CIS). In accordance with this, I further understand and agree to the terms listed below.

I. CIS will provide a loan to me, as an **ADVANCE ON MY PAY**, to cover the initial payments for the training as indicated in the table immediately below. These payments will be made directly to the vendor supplying these services.

| Item | Amount | Applicant Initials |
|---|---|---|
| Basic Security Officer Course (D): | $115 | MWK |
| Armed Security Officer Course (G): | $190 | MWK |
| Firearm Rental for Armed Security Officer Course (G): | $ | |
| Ammunition Surcharge for Armed Security Officer Course (G): | $ | |
| Other: | $ | |
| Other: | $ | |
| **TOTAL** | $ 305 | MWK |

II. If I remain employed by CIS for a period of 120 calendar days after the date I first begin working full time hours, or the date in which this document is fully executed, whichever comes later, CIS will forgive the loan, assuming all of the costs indicated in section I, above. I must remain in good standing with CIS throughout this entire period. "Good standing" shall mean ...
  - I shall complete all required training and obtain all required licensure successfully.
  - I shall be a full time employee, expected to work at least 32 hours per week, and shall work a minimum of 32 hours per week for all weeks of the entire period, unless CIS schedules me to work less than 32 hours in any given week.

III. If I remain employed by CIS as an approved part time employee for a period of three months or a total of 548 hours, whichever comes **last**, after the date I first begin working regular hours after my initial training, or the date in which this document is fully executed, whichever comes later, CIS will forgive the loan, assuming all of the costs indicated in section I, above. I must remain in good standing with CIS throughout this entire period. "Good standing" shall mean ...
  - I shall complete all required training and obtain all required licensure successfully.
  - I shall meet all requirements of a part time employee as listed in CIS SOPs (AR.1090).

IV. If I fail to meet the criteria of Section II or III, above, for any reason, I shall assume **ALL** costs for my training and licensure as indicated in Section I, above. I shall refund to CIS **ALL** monies advanced to me as indicated in Section I, above. None of what I owe CIS here shall be prorated or discounted in any way. CIS may deduct what is owed from any monies that may be due to me from outstanding paychecks, according to a schedule determined solely by CIS. Full payment of ALL monies due shall be made no more than 60 calendar days after it has been determined that I have not met the criteria of Section II or III, above, unless some other agreement is made by me with CIS and expressed in writing.

V. If I do not pay all monies due to CIS, as agreed in Section IV, above, CIS may take legal action against me to recover those costs. If CIS determines, at its sole discretion to take such legal action, I also may be required to pay all court costs, attorney's fees, and any other such costs as may be associated with the recovery of these funds.

The foregoing instrument was acknowledged before me this __13__ day of __January__ 20__17__,

by _____
        Applicant/Employee Signature

_____
Witness or Notary Public Signature

(NOTARY SEAL OR STAMP)
NOEL DODSON
MY COMMISSION # FF982793
EXPIRES April 17, 2020
FloridaNotaryService.com
(407) 398-0153

_____
Print, Type or Stamp Name of Witness or Notary

Personally Known _____

Or Produced Identification __FLDL__  Type of Identification Produced K500-559-65-371-0

Exhibit A

Version: 160426