# New Hire Class Dates and Procedures

NAME: __Michael Kenny__                    CALL SIGN: __Echo__

brkf.
lunch
dinner

**Orientation:** __Jan. 24th__                    0800-2100  ~~business~~ casual

Orientation will be held at the S2 Training Institute at The Public Safety Center in Largo: 13777 Belcher Rd. South. The entrance and parking is located around the back of the building. Business casual attire is required.. Orientation will consist of in-classroom training along with basic OC, Handcuff, and Expandable Baton Training as a part of the orientation course. You may bring in a t-shirt and sneakers for this portion. You will be paid minimum wage for your time in company orientation. Lunch will be provided. You must arrive on time for orientation.
*Orientation is a (13 hour day), please plan accordingly. Please bring snacks and food for dinner.*

S2
Tampa

**D Class Dates:** __Jan. 16th__ to __Jan. 19th__ 0800-1800 Mon -
**(Basic Security Officer Course)**                                                                                           Thurs.
Class will be held at the S2 Training Institute in Tampa: 7402 North 56th Street, Building 300, Suite 365. The entrance and parking is located around the back of the building. Business casual attire is required. Because we are sponsoring you through this state course, you will not be paid for your attendance in this security class.

**G Class Dates:** __Jan. 20th__ to __Jan. 22nd__ 0800-1800 Fri-
**(Armed Security Officer Course)**                                                                                           Sun
Class will be held at the S2 Training Institute in Tampa: 7402 North 56th Street, Building 300, Suite 365. The entrance and parking is located around the back of the building. Business casual attire is required. The first two days of training are in the classroom and the third day will be at the firing range. The address and attire for the range will be given out in the classroom. Because we are sponsoring you through this state course, you will not be paid for your attendance in this security class.

**Firearm for G Class** __9mm__             (loaner) or personal

Charlies and Echos will receive 9mm loaner, if needed. Any employee using a personal firearm must have the weapon inspected by Command Staff prior to qualifying. You must meet the agency requirement of (a 216+ range score to) qualify for employment. If you do not meet the agency minimum, you are encouraged to try again at your own expense. Human Resources can make these arrangements for you.

*In addition to completing your classes please do the following:*
**Physical-** Please have your physical completed by __Jan. 23rd__. The Division of Licensing will not accept your application without this completed. This is a requirement of the state. The fee for the physical is your responsibility. We have found an affordable Walk-in Clinic if you cannot get in with either your primary or the VA. The address is listed below.

**South Tampa Immediate Care-** Physical cost is $50.00
602 S. Howard Ave, Tampa, FL
813-253-2113

**Turn in Applications-** On __Jan. 23rd__, it is a requirement to turn in all applications, and necessary documents (Birth Certificates, Social Security) to the Division of Licensing. This is a job requirement. The address is listed below.

**The Division of Licensing is located at:**
4510 Oak Fair Boulevard, Suite 100
Tampa, FL. 33610

Exhibit B

# "What happens next?"

**After you have completed Orientation, licensing courses, and state required physical do the following:**

The next business day after your courses, take all of your paperwork and the required processing fees to the DOL at:

*Fees: $229 check or $ order*

**4510 Oak Fair Boulevard, Suite 100**
**Tampa, FL. 33610**

*Jan. 23rd*

Paperwork to include, but may not be limited to:
- D application
- G application
- Passport photo
- Birth Certificate
- Social Security Card
- Driver's License
- Fingerprints

*@ DOL*

** Call Noel after!*

*****Contact Human Resources at (727) 461-9417 as soon as you leave the DOL.***

License approval may take several business days. While you are waiting on the approval of your licenses, report to CIS the next business day to begin work. Business casual attire is required. You will be completing non-regulatory tasks until your licenses are ready.

CIS will notify you once your licenses have been approved, you will then need to go pick them up in person. After leaving the DOL with licenses in hand, report back to CIS for suit up.

# Suit Up

During your suit up you will receive your uniform and initial duty gear, as well as your schedule. When you come to the office for your suit up:



- **** DRESS IN PROFESSIONAL ATTIRE. ****
- **Be clean shaven/well groomed**
- **Bring your Temporary or Permanent D & G Licenses**
- ****Know your Password Information to Log-in to your CIS Account ****
- **Bring any personal duty gear you plan to use in the field, so it can be inspected.**
- **Bring your Military Drill Schedule (if applicable) and/or any other scheduling restrictions you may have.**

**Exhibit B**



## PLEASE REMEMBER YOUR NEXT STEP!

Name: **Michael Kenny**         Call Sign: **Echo 273**

D Course scheduled for: **Completed**

G Course scheduled for: **Completed**

Once your D and G courses are completed, please make sure the required physical and all documents are turned into the DOL the following business day. *Refer to Class Dates*

**For G officers**: Once your Temporary G license is approved, the DOL will notify Human Resources and Human Resources will contact you to pick up your Temporary G license at the DOL then report to the Largo Headquarters for your suit up.

**\*\*For all new hires**: Please log into your KKP Matrix as instructed and create a new password using the instructions, this must be done no later than tomorrow**

### SSG:
Operations Observation (19:00 - 03:00) at the Largo Operations Center (Largo HQ)    1/25/17   1/26/17

Date: **1/25-1/26/17**

• Please bring your SOP Manuel and come dressed business casual. You are required at least one for your selected division.

### Hazard Operations:
Charlie Training (09:00) at the Largo HQ. This is a 6-8 hour training.

Date: _____

• Please bring a note pad, pen to write with, and come dressed business casual. Lunch is served during this day, so please bring snacks if needed be.

### CMS:
• Safety and NERC Training will be discussed during your suit up later today. Please come see Human Resources at your next break! • Bring D license with you.

### Risk Management:
• Please come see Human Resources at your next break for further instructions on your training.
• Bring D license with you.

Exhibit B