# S2 Safety & Intelligence Institute

## Certificate of Completion

Awarded to:

**Michael Kenny**

Florida D40

For successful completion of the 40 hours of Unarmed Security Officer training as prescribed by Chapter 493 Florida State Statutes and Rule 5N-1.140, Florida Administrative Code

Awarded on 01/19/2017

Seanan Dwyer
License: DI1600088 K1500

WWW.S2INSTITUTE.COM

DS1000013

Exhibit C