UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL W. KENNY,

     Plaintiff,

v.                               Case No: 8:18-cv-2231-T-36JSS

CRITICAL INTERVENTION SERVICES,
INC. and KARL C. POULIN,

     Defendants.
_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on May 22, 2019 (Doc. 46). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Court approve the parties' settlement. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 46) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The parties' Settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)    This Consent Final Judgment will be entered by separate order.

**DONE AND ORDERED** in Tampa, Florida on June 6, 2019.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record