UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL W. KENNY,

    Plaintiff,

v.        Case No: 8:18-cv-2231-T-36JSS

CRITICAL INTERVENTION SERVICES,
INC. and KARL C. POULIN,

    Defendants.
_____/

**CONSENT FINAL JUDGMENT**

Plaintiff, MICHAEL W. KENNY, and Defendants, CRITICAL INTERVENTION SERVICES, INC. and KARL C. POULIN, have agreed to the settlement of this matter. Defendants continue to deny liability and the Court makes no findings in regard to liability or violations of the FLSA. The Court, having considered the Court file and being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that

1. Plaintiff, MICHAEL W. KENNY, shall recover $1,090.63 as to the claims at issue in this case.

2. Plaintiff is entitled to an award of attorneys' fees and costs reasonably expended in this matter.

3. This action is **DISMISSED** with prejudice.

4. The Clerk is directed to terminate all pending motions and deadlines and close this case.

    **DONE AND ORDERED** in Tampa, Florida on June 6, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record.
Unrepresented parties, if any